IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DAVID J. DICKERSON and<br>MAUREEN P. DICKERSON,<br><br>Debtors. | Chapter 13<br><br>Case No. 23-10423 (MDC) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF
TRUMARK FINANCIAL CREDIT UNION TO MOTION TO INCUR ADDITIONAL
DEBT IN SUPPORT OF REFINANCING MORTGAGE**

TruMark Financial Credit Union ("TruMark"), by and through its undersigned counsel, hereby files this Limited Objection and Reservation of Rights (the "Objection") to the Motion to Incur Additional Debt in Support of Refinancing Mortgage (the "Motion") filed by David J. Dickerson and Maureen P. Dickerson (together, the "Debtors") in the above-captioned proceeding, and respectfully represents as follows:

1. On February 14, 2023 (the "Petition Date"), the Debtors commenced a bankruptcy proceeding upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Prior to the Petition Date, on or about February 27, 2021, TruMark made a loan to the Debtors in an amount not to exceed Forty-Nine Thousand Five Hundred and 00/100 Dollars ($49,500.00) (the "Loan") pursuant to that certain HomEquity Open-end Credit Plan of that same date.

3. The Loan was secured by a mortgage also dated February 27, 2021 (the "Mortgage" and, together with the Note, the "Loan Documents") on the title to that certain real property known as and located at 11723 Lanett Road, Philadelphia, PA 19154 (the "Property"). The Mortgage was

1

recorded in the Philadelphia County Recorder's Office on May 1, 2021 at Document I.D. 53825573.

4. As of the Petition Date, TruMark held a claim on account of the Loan in the amount of Forty-Nine Thousand Two Hundred Sixty-Three and 89/100 Dollars ($49,263.89) (the "Claim"), which Claim is incorporated by reference as if fully set forth herein. Proof of the Claim was filed in this case on February 21, 2023. See Claim No. 2.

5. On October 23, 2025, the Debtors filed the Motion seeking to, *inter alia*, "refinance the real property located at 11723 Lanett Road, Philadelphia, PA 19154." See Motion, ¶ 3.

6. Upon information and belief, TruMark's Claim is not the only mortgage secured by the Property.

7. The Motion does not specify how mortgages secured by the Property will be treated as part of the refinancing, if at all, including, but not limited to, whether they will be paid in full or in part.

8. To be clear, TruMark does not generally oppose the Debtors' efforts to refinance any debt secured by the Property. However, TruMark does oppose such refinancing to the extent that it (a) increases the balance of any loan secured by a lien that has priority over the Claim; and/or (b) proposes to pay the balance of the Mortgage in an amount less than that which is due and owing in full on the date of the proposed closing of the refinancing.

9. TruMark also expressly reserves all rights, claims, actions, defenses, set-offs, or recoupments to which it is or may be entitled under the Loan Documents, applicable law, or in equity. TruMark further reserves the right to raise further objections, as may be necessary or appropriate under the circumstances.

10. To the extent not inconsistent with this Objection, TruMark incorporates by reference any objections, limited objections, or reservations of rights to the Motion asserted by other parties in this case.

WHEREFORE, TruMark reserves all rights and remedies with respect to the Motion, at law and in equity, none of which are waived and respectfully requests that this Court (a) enter an order on the Motion consistent with the Objection stated herein; and (b) award such other and further relief to TruMark as may be appropriate.

                    Respectfully submitted:

                    KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By:   */s/Corinne Samler Brennan*
      Corinne Samler Brennan, Esquire
      1835 Market Street, Suite 1400
      Philadelphia, PA  19103
      Telephone: (215) 569-3393

*Counsel to TruMark Financial Credit Union*

Dated:  October 28, 2025