United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  　　　　　　　　　　　　　　　　　　　　　Case No. 23-10423-djb

　　David and Maureen Dickerson,　　　　　　　Chapter 13

　　　　　　　　Debtors.

**Order Authorizing Debtors to Refinance Mortgage of 11723 Lanett Road**

　　　　**AND NOW**, upon consideration of the Motion to Incur Additional Debt in Support of Refinancing Mortgage (the "Motion") [ECF No. 33] filed by Debtors David and Maureen Dickerson, and the Limited Objection and Reservation of Rights of TruMark Financial Credit Union (the "Objection") [ECF No. 39], after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to incur debt and refinance the real property located at 11723 Lanett Road, Philadelphia, PA 19154 (the "Property"), in accordance with the terms of the Mortgage Loan Commitment filed at ECF No. 33-2.

3. As a condition of such refinancing:

   a. Claim No. 2. of TruMark shall be paid in full from the proceeds of the refinancing on or before closing.

   b. No part of the refinancing proceeds shall be distributed to any junior lienholder or used to satisfy any lien that is subordinate to or equal in priority with TruMark's lien, unless TruMark's claim is first satisfied in full.

   c. The refinancing shall not increase the principal balance or change the priority of any existing lien senior to TruMark's mortgage, absent TruMark's express written consent.

   d. The chapter 13 trustee shall be paid in the amount of $27,601 from the proceeds of the refinancing on or before closing.

Date: **October 31, 2025**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Derek J. Baker
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge